**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: MICHAEL S. LONGENECKER,
        Debtor.
_____/

Case No.: 8-10-bk-01013-CED
Chapter 11

## ORDER ON MOTION FOR RELIEF FROM STAY

**THIS MATTER** came on for hearing on April 19, 2010, upon the Motion for Relief From Stay (Doc. No. 45) filed by SUNTRUST MORTGAGE, INC. ("Creditor)". For the reasons stated orally on the record that shall constitute the decision of the Court, it is **ORDERED**:

1. The Motion for Relief from Stay is denied, but adequate protection is provided as set forth herein, without prejudice to the debtor to seek valuation under 11 U.S.C. Section 506.

2. The debtor shall pay Creditor the sum of $300.00 commencing May 1, 2010, and the first day of each successive month thereafter, pending further court order. All payments hereunder shall be remitted to SunTrust Mortgage, Inc. at P.O. Box 27767, Richmond Virginia 23261-7767.

3. The debtor shall furnish Creditor with proof of insurance relative to the subject property designating Creditor as a loss payee within fifteen (15) days.

4. Creditor shall have the right to inspect and/or appraise the subject property upon twenty-four (24) hour telephonic notice to the debtor.

5. In the event of the debtor's noncompliance, Creditor shall provide forty-eight (48) hour telephonic notice of the default to counsel for the debtor, and if such default is not cured,

Creditor may file a Motion for Final Relief from Stay and the court shall schedule the motion for hearing on an expedited basis.

**DONE AND ORDERED** in Tampa, Florida, on ____April 29, 2010____.

*Caryl E. Delano*

Caryl E. Delano
United States Bankruptcy Judge

Copies furnished to:
Debtor, U.S. Trustee, Debtors Attorney
Jay D. Passer, Esq., 4100 W. Kennedy Blvd., Suite 322, Tampa, FL 33609
Marshall C. Watson, P.A., 1800 NW 49th St., Suite 120, Ft. Lauderdale, FL 33309