UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case No.  8:10-bk-01013-CED

MICHAEL S. LONGENECKER,

_____Debtor._____/

### ORDER GRANTING DEBTOR'S MOTION TO VALUE COLLATERAL OR DETERMINE SECURED STATUS OF SUNTRUST MORTGAGE, INC. - CLAIM #10

THIS CAUSE came on for consideration upon the Debtor's Motion to Value Collateral or Determine Secured Status of SunTrust Mortgage, Inc. - Claim No. 10 (Docket #99), in the above-captioned Chapter 11 case.  The Court having reviewed the motion, together with the record finds that no response was filed on behalf of SunTrust Mortgage, Inc.  The motion is therefore deemed unopposed and should be granted.  Accordingly, it is

**ORDERED, ADJUDGED and DECREED that:**

1. The Debtor's Motion to Value Collateral or Determine Secured Status of SunTrust Mortgage, Inc. be and the same is hereby GRANTED.

2. The value of the Debtor's real property located at 4640 NE Highway 17, Arcadia, Florida and more particularly described as:

> Lot 10, Block "B", Arcadia Suburbs, as per map or plat thereof recorded in the Office of the Clerk of the Circuit in and for DeSoto County, Florida in Plat Book 6 Pages 61.

is determined to be $19,700.00.

3. The balance of the claim in approximate amount of $60,986.17 is hereby determined to be unsecured for the purposes of distribution under the plan.

4. The value of the collateral securing creditor's claim is determined solely

for the purpose of the instant case, and confirmation of a Chapter 11 plan, and shall have no preclusive effect as to the value of the property in the event the case is dismissed or converted to a Chapter 7 case.

**DONE and ORDERED at Tampa, Florida on this** _____ July 14, 2010 _____.

_____
**Caryl E. Delano**
United States Bankruptcy Judge

cc:

Sheila D. Norman, Esquire, 1905 W. Kennedy Boulevard, Tampa, Florida 33606;
United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602;
Michael S. Longenecker, 901 W. Waldron Street, Arcadia, Florida 34266;
Scott Weiss, Esquire, 1800 North West 49th Street, Suite 120, Ft. Lauderdale, FL 33309;
SunTrust Mortgage, Inc., PO Box 79041, Baltimore, MD 21279;
SunTrust Mortgage, Inc. C/o Reg. Agent, Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301.