## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                   Case No.  8:10-bk-1013-CED
                                         Chapter 11
MICHAEL S. LONGENECKER,

         Debtor.
_____/

## AGREED ORDER GRANTING DEBTOR'S MOTION
## TO VALUE COLLATERAL OR DETERMINE SECURED
## STATUS OF BANK OF AMERICA - CLAIM NO. 38

**THIS CAUSE** came on for consideration upon the Debtor's Motion to Value

Collateral or Determine Secured Status of Bank of America - Claim #38 (Docket No. 96) and

the response filed by Bank of America  (Docket No. 138) in the above-captioned Chapter 11

case.  The parties have come to an agreement with respect to the value of the collateral and

have agreed to the value of the collateral to be in the amount of $38,000.00.  The motion is

therefore granted.  Accordingly, it is

         **ORDERED, ADJUDGED and DECREED** that:

         1.      The Debtor's Motion to Value Collateral or Determine Secured Status of

Bank of America, be and the same is hereby granted.

         2.      The value of the Debtor's real property located at 303 Bridle Path, Arcadia,

Florida more particularly described as:

                 Lot 7 Block 3, Royal Howard Subdivision

is determined to be $38,000.00.

         3.      Since Bank of America has made a §1111(b) election, it's entire claim, in the

amount of $101,133.52 shall be treated as secured and it shall have no unsecured claim.

4.      Accordingly, the entry of this order modifies the Debtor's Plan and Disclosure Statement as follows:

Bank of America has an allowed secured claim in the amount of $101,133.52, secured by property valued at $38,000.00. Debtor shall pay Bank of America's claim by making 360 equal monthly payments of $280.93. Bank of America shall retain its lien until it has been paid a total of $101,133.52.

5.      Bank of America, shall vote in favor of the plan, in Class 3

**DONE and ORDERED** at Tampa, Florida on _____ September 13, 2010 __.

_____
CARYL E. DELANO
United States Bankruptcy Judge


_____
Frederic J. DiSpigna, Esquire
LAW OFFICES OF DAVID J. STERN, PA
900 South Pine Island Road, Ste. 400
Plantation, Florida 33324
(954) 233-8000 x1207
Attorney for Bank of America

Sheila D. Norman, Esquire
NORMAN AND BULLINGTON, P.A.
1905 W. Kennedy Boulevard
Tampa, Florida 33606
(813) 251-6666
Attorney for Debtor

cc:
Sheila D. Norman, Esquire, 1905 W. Kennedy Boulevard, Tampa, Florida 33606;
United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602;
Frederic DiSpigna, Esquire, 900 South Pine Island Rd, Suite 400, Plantation, Florida 33324;
Bank of America, PO Box 26078, Greensboro, NC 27420;
Bank of America, NA, Attn Brian T. Moynihan, President/CEO, Bank of America Corporate Center, 100 Tyrone Street, Charlotte, NC 28255.