UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 10-01013-CED
CHAPTER 11 CASE

IN RE:

MICHAEL S LONGENECKER

Debtor.
_____/

**PRELIMINARY OBJECTION TO**
**CONFIRMATION OF PLAN**

MOVANT, **SUNTRUST MORTGAGE INC**, a secured creditor, by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as follows:

1. Movant objects to term of plan and request that Movant be paid according to original terms of the note, 30 years ending May 27, 2037 for the property located at 4640 Cubitis Ave NE, Arcadia, Florida.

2. Movant has not accepted the Plan.

WHEREFORE, Movant, **SUNTRUST MORTGAGE INC**, files this objection to confirmation of plan and moves the Court to deny confirmation of said plan.

I HEREBY certify that a true and correct copy of the Preliminary Objection to Confirmation of Plan was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this ___ day of October ___, 2010.

Law Offices of Marshall C. Watson, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
Scott.Weiss@marshallwatson.com

By:_____
Scott Weiss, Esq.
Bar Number: 710910

09-50551

Mailing List for Bankruptcy Case No: 10-01013-CED

BENJAMIN E. LAMBERS
UNITED STATES TRUSTEE
TIMBERLAKE ANNEX
501 EAST POLK STREET, SUITE 1200
TAMPA, FL 33602

MICHAEL S LONGENECKER
901 WEST WALDRON STREET
ARCADIA, FL 34266

SHEILA D. NORMAN., ESQ.
1905 WEST KENNEDY BLVD
TAMPA, FL 33606

UNITED STATES TRUSTEE
TIMBERLAKE ANNEX
501 EAST POLK STREET, SUITE 1200
TAMPA, FL 33602

09-50551