UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 10-01013-CED
CHAPTER 11 CASE

IN RE:

MICHAEL S LONGENECKER

Debtor.

_____/

## PRELIMINARY OBJECTION TO CONFIRMATION OF PLAN

MOVANT, **SUNTRUST MORTGAGE INC**, a secured creditor, (Class# 10) by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as follows:

1. The Proof of Claim filed by Movant dated February 4, 2010 (Claim 5-1), shows total arrearage due under its mortgage of $9,121.20, and the total debt of $73,561.30.

2. On June 15, 2010, Debtor filed a Motion to Value or Determine Secured Status (D.E.# 95) of the property located at 712 NORTH MILLS AVENUE, ARCADIA, FL 34266.

3. On June 18, 2010, Debtor filed his Ch. 11 Plan of Reorganization (D.E.# 120) which proposed to impair creditors claim under Class 10 by significantly reducing the value of the collateral, extending the maturity date of the loan documents and lowering the interest rate.

4. On July 14, 2010, an order was entered which determined the value of the property to be $57,000.00. (D.E. # 156)

5. Movant objects to the 6% interest rate as that is not the current rate for a debtor of his credit rating and the contract rate is 7%.

6. Movant objects to the 30-year term proposed by the Debtor. Movant would like the terms of Debtor's plan to become due and payable on or before April 1, 2037 (the maturity date) as contracted in the original note.

10-49415

WHEREFORE, Movant, **SUNTRUST MORTGAGE INC**, files this objection to confirmation of plan and moves the Court to deny confirmation of said plan.

I HEREBY certify that a true and correct copy of the Objection to Confirmation of Plan was delivered to the addressees on the attached mailing list and to all parties in interest under Rule 1007(d) by First Class U. S. Mail postage pre-paid and/or electronic mail this ___ day of October

_____, 2010.

Law Offices of Marshall C. Watson, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
antonio.alonso@marshallwatson.com

By:_____
Scott Weiss, Esq.
Bar Number: 712191

Mailing List for Bankruptcy Case No: 10-01013-CED

U.S. TRUSTEE
UNITED STATES TRUSTEE – TPA11
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

BENJAMIN E. LAMBERS, TRUSTEE
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

MICHAEL S LONGENECKER
901 WEST WALDRON STREET
ARCADIA, FL 34266

SHEILA D. NORMAN, ESQ.
1905 WEST KENNEDY BLVD
TAMPA, FL 33606

ROGER H. MILLER, III
FARR, FARR, EMERICH, HACKETT & CARR, PA
99 NESBIT STREET
PUNTA GORDA, FL 33950

10-49415

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:10-bk-01013-CED<br>Middle District of Florida<br>Tampa<br>Mon Oct 11 11:20:34 EDT 2010 | Aurora Loan Services, LLC,<br>c/o Frederic J DiSpigna Esq<br>900 South Pine Island Rd Ste 400<br>Plantation, FL 33324-3920 | Bank of America, NA<br>c/o Frederic J DiSpigna Esq<br>900 S Pine Island Rd Suite 400<br>Plantation, FL 33324-3920 |
| CITIMORTGAGE, INC<br>1000 Technlogy Drive<br>O Fallon, MO 63368-2240 | DCFS USA LLC<br>c/o Hale Dewey & Knight, PLLC<br>c/o<br>88 Union Ave, Suite 700<br>Memphis, TN 38103-5128 | DCFS USA LLC<br>c/o John G. Bianco, III, Esquire<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 |
| FPC Financial, fsb<br>c/o Robert S. Hoofman<br>Post Office Box 3146<br>Orlando, FL 32802-3146 | First State Bank of Arcadia<br>c/o Roger H. Miller III<br>99 Nesbit Street<br>Punta Gorda, FL 33950-3636 | Ford Motor Credit Company<br>c/o Larry M Foyle Esq<br>PO Box 800<br>Tampa, FL 33601-0800 |
| Recovery Management Systems Corp.<br>25 SE Second Avenue, Ste 1120<br>Miami, FL 33131-1605 | Regions Bank f/k/a Amsouth Bank<br>c/o Leslie S. White<br>PO Box 3146<br>Orlando, FL 32802-3146 | Suncoast Schools Federal Credit Union<br>c/o Larry M. Foyle<br>P. O. Box 800<br>Tampa, FL 33601-0800 |
| Suntrust Mortgage Inc...<br>Law Offices of Marshall C. Watson, P.A.<br>1800 NW 49th Street Suite 120<br>Fort Lauderdale, FL 33309-3092 | United States Trustee - TPA 11<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Wauchula State Bank<br>c/o Shirley C. Arcuri, P,A.<br>P.O. Box 10918<br>Tampa, FL 33679-0918 |
| United States Bankruptcy Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602-3849 | (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | American Express Travel Related Services Co<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Aurora Loan Services<br>10350 Park Meadows Drive<br>Littleton, CO 80124-6800 | Aurora Loan Services, LLC<br>c/o Frederic J. Dispigna, Esq.<br>900 S. Pines Island Road, Suite 400<br>Plantation, FL 33324-3920 | Aurora Loan Services, LLC,<br>Attn: Cashiering<br>PO Box 173930, Littleton, CO 80217-3930<br>Attn: Bankruptcy Department |
| Bank of Amercia<br>PO Box 26078<br>Greensboro, NC 27420-6078 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Bank of America<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Bank of America<br>PO Box 22031<br>Greensboro, NC 27420-2031 | Bill Me Later<br>PO Box 105658<br>Atlanta, GA 30348-5658 |
| Bonded Collection Corp.<br>29 E. Madsion St, #1650<br>Chicago, IL 60602-4435 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |

Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Cardmember Services/ToysR Us
PO Box 94012
Palatine, IL 60094-4012

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase Bank USA NA
PO BOX 15145
Wilmington, DE 19850-5145

Circuit City/Chase
PO Box 15153
Wilmington, DE 19886-5153

CitiMortgage, Inc.
PO Box 140609
Irving, TX 75014-0609

CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901-6006

CitiMortgage, Inc.
c/o Joe M. Lozano, Jr
1000 Technology Drive
O Fallon, MO 63368-2240.

Citimortgage, Inc.
1000 Technology Drive
O'Fallon, Missouri 63368-2240

Citimortgage, Inc.
c/o Steven G. Powrozek, Esq.
4630 Woodland Corporate Blvd
Suite 100
Tampa, FL 33614-2429

Cypress Trace Gardens Assoc
c/o Pavese Law Firm
PO Drawer 1565
Fort Myers, FL 33902-1565

DCFS USA LLC
Trustee Payments
P.O. Box 9001683
Louisville, KY 40290-1683

DCFS USA LLC
c/o M. Ruthie Hagan, Esq.
Hale Dewey Knight PLLC
88 Union Ave, Ste 700
Memphis, TN 38103-5128

DEX
PO Box 660834
Dallas, TX 75266-0834

DeSoto Appliance & Repair,LL
209 N. Brevard Avenue
Arcadia, FL 34266-4405

Discover
PO Box 71084
Charlotte, NC 28272-1084

Discover Bank
DFS Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

FIA Card Services
PO Box 15019
Wilmington, DE 19886-5019

FPC FINANCIAL, FSB
PO BOX 131311
ROSEVILLE, MN 55113-0011

First Data Merchant Svc
4000 Coral Ridge Dr.
Coral Springs, FL 33065-7614

First Equity Card
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374-0933

First Equity Card Corp.
PO Box 23029
Columbus, GA 31902-3029

First State Bank
400 N. Brevard Ave
Arcadia, FL 34266-4504

First State Bank of Arcadia
C/O Roger H. Miller III, Esq.
99 Nesbit Street
Punta Gorda, FL 33950-3636

Flexline
PO Box 216
Birmingham, AL 35201-0216

Ford Credit
PO Box 55000
Detroit, MI 48255-1941

Ford Motor Credit Company, LLC
c/o Larry Foyle, Esq.
POB 800
Tampa, FL 33601-0800

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

GECC
c/o Capital Solutions
500 Momany Drive
Saint Joseph, MI 49085-2169

General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

Home Depot
PO Box 6029
The Lakes, NV 88901-6029

Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500

John Deere Credit
PO Box 4450
Carol Stream, IL 60197-4450

Kass Shuler Solomon
PO Box 800
Tampa, FL 33601-0800

Kellie R. Longennecker
2835 Cypress Trace Cir.
Unit 203
Naples, FL 34119-8059

Leora Green
PO Box 281
Arcadia, FL 34265-0281

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Lexus Pursuits Visa
PO Box 790069
Saint Louis, MO 63179-0069

Mercedes-Benz Financial
PO Box 9001680
Louisville, KY 40290-1680

NCO Financial Systems
PO Box 12100
Dept. 64
Trenton, NJ 08650-2100

Office Depot
PO Box 15153
Wilmington, DE 19886-5153

R.H. Donnelley Publishing
c/o Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010

Recovery Management Systems Corporation
For GE Money Bank
dba CHEVRON TEXACO PLCC
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Recovery Management Systems Corporation
For GE Money Bank
dba DILLARD'S
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Regions
PO Box 11007
Birmingham, AL 35288-0001

Regions Bank
PO Box 11007
Birmingham, AL 35288-0001

Regions Bank
PO Box 2224
Birmingham, AL 35246-0001

Regions Bank
Post Office Box 10063
Birmingham, AL 35202-0063

SUNTRUST MORTGAGE INC
BANKRUPTCY DEPARTMENT RVW 3034
P.O BOX 27767
Richmond, VA 23261-7767

Shell Processing Center
PO Box 183018
Columbus, OH 43218-3018

SunTrust Bank
Attn: Support Services
PO Box 85092
Richmond, VA 23286-0001

SunTrust Bank
PO Box 4997
Orlando, FL 32802-4997

SunTrust Bank
PO Box 79079
Baltimore, MD 21279-0079

SunTrust Bank
PO Box 791144
Baltimore, MD 21279-1144

SunTrust Bank
PO Box 791250
Baltimore, MD 21279-1250

SunTrust Mortgage
PO Box 79041
Baltimore, MD 21279-0041

Suncoast Schools FCU
PO Box 11829
Tampa, FL 33680-1829

Suncoast Schools FCU
PO Box 11904
Tampa, FL 33680-1904

Suncoast Schools Federal Credit Union
c/o Larry Foyle, Esq.
PO Box 800
Tampa, FL 33601-0800

Suntrust Mortgage Inc
1800 NW 49th Street Suite 120
Fort Lauderdale, FL 33309-3092

| | | |
|---|---|---|
| Suntrust Mortgage Inc<br>c/o Scott Weiss, Esq.<br>1800 NW 49th Street, Suite 120<br>Fort Lauderdale, FL 33309-3092 | TeleCheck Services Inc<br>PO Box 60028<br>City of Industry, CA 91716-0028 | Toshiba - GE Capital<br>PO Box 740441<br>Atlanta, GA 30374-0441 |
| U.S. Trustee<br>Benjamin Lambers, Esq.<br>501 E. Polk St, Suite 1200<br>Tampa, Fl 33602-3945 | (p)CHASE CARD SERVICES<br>201 NORTH WALNUT STREET<br>ATTN MARK PASCALE<br>MAIL STOP DE1-1406<br>WILMINGTON DE 19801-2920 | Wachula State Bank<br>106 E. Main St.<br>Wauchula, FL 33873-2716 |
| John W. Demko<br>MRD Appraisal<br>21467 Sheldon Avenue<br>Port Charlotte, FL 33952-1683 | Michael S. Longenecker<br>901 W. Waldron Street<br>Arcadia, FL 34266-3541 | Roger H. Miller III<br>Farr Farr Emerich Hackett & Carr, PA<br>99 Nesbit Street<br>Punta Gorda, FL 33950-3636 |
| Sheila D Norman<br>Norman and Bullington, P.A.<br>1905 West Kennedy Blvd<br>Tampa, FL 33606-1530 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanta Bank Corp<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (d)Advanta Bank Corp.<br>PO Box 8088<br>Philadelphia, PA 19101-8088 | Lexus Financial Services<br>P.O. Box 5229<br>Cincinnati, OH 45201 |
| WaMu<br>PO Box 660487<br>Dallas, TX 75266-0487 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CitiMortgage, Inc. | (d)FPC Financial, fsb<br>c/o Robert S. Hoofman<br>Post office Box 3146<br>Orlando, FL 32802-3146 | (d)First State Bank<br>400 N. Brevard Ave.<br>Arcadia, FL 34266-4504 |
| (d)First State Bank of Arcadia<br>c/o Roger H. Miller III,Esq.<br>99 Nesbit Street<br>Punta Gorda, FL 33950-3636 | (d)Regions Bank f/k/a Amsouth Bank<br>c/o Leslie S. White<br>Post Office Box 3146<br>Orlando, Fl 32802-3146 | (d)SunTrust Mortgage Inc<br>PO Box 79041<br>Baltimore, MD 21279-0041 |

| | | |
|---|---|---|
| (d)Suntrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | (d)Suntrust Mortgage Inc<br>1800 NW 49th Street Suite 120<br>Fort Lauderdale, FL 33309-3092 | (d)Suntrust Mortgage Inc<br>1800 NW 49th Street, Suite 120<br>Fort Lauderdale, FL 33309-3092 |
| (d)Suntrust Mortgage Inc<br>1800 NW 49th street suite 120<br>fort Lauderdale, FL 33309-3092 | (d)Wauchula State Bank<br>c/o Shirley C. Arcuri, P.A.<br>PO Box 10918<br>Tampa, FL 33679-0918 | End of Label Matrix<br>Mailable recipients    99<br>Bypassed recipients    11<br>Total                 110 |