UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 10-01013-CED
CHAPTER 11 CASE

IN RE:

MICHAEL S LONGENECKER

Debtor.
_____/

### NOTICE OF ELECTION BY CLASS 11 PURSUANT TO §1111(b)

COMES NOW SUNTRUST MORTGAGE INC., designated as Class 11 in the Plan of Reorganization submitted by Michael Longenecker, (D.E # 120), and hereby serves notice that it has elected application of paragraph (2) of §1111(b).

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF ELECTION BY CLASS 11 PURSUANT TO §1111(b) was delivered to the named addressees by First Class U. S. Mail postage pre-paid and or electronically mailed, this ___1___ day of __November__, 2010.

Law Offices of Marshall C. Watson, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
Scott.Weiss@marshallwatson.com

By:_____
Scott Weiss, Esq.
Bar Number: 710910

09-00940
SOSSI

**MAILING LIST**

BENJAMIN E. LAMBERS
UNITED STATES TRUSTEE
TIMBERLAKE ANNEX
501 EAST POLK STREET, SUITE 1200
TAMPA, FL 33602

MICHAEL S LONGENECKER
901 WEST WALDRON STREET
ARCADIA, FL 34266

SHEILA D. NORMAN., ESQ.
1905 WEST KENNEDY BLVD
TAMPA, FL 33606

UNITED STATES TRUSTEE
TIMBERLAKE ANNEX
501 EAST POLK STREET, SUITE 1200
TAMPA, FL 33602

09-00340